FILED

08 FEB 13 PM 4:47

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0347 JM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| JOSE INIGUEZ-DELGADO, | ) |  |
| Defendant. | ) |  |

The grand jury charges:

On or about November 26, 2007, within the Southern District of California, defendant JOSE INIGUEZ-DELGADO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act

//

CJB:em(1):San Diego
2/12/08



1  to wit, crossing the border from Mexico into the United States, that
2  was a substantial step toward committing the offense, all in violation
3  of Title 8, United States Code, Sections 1326(a) and (b).
4    It is further alleged that defendant JOSE INIGUEZ-DELGADO was
5  removed from the United States subsequent to April 3, 1978.
6    DATED: February 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney