```
                                        FILED

                                    08 FEB 13 PM 4:47

                                    [illegible stamp]

                                    BY:      [initials]    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0347 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF RELATED CASE |
| ) | |
| JOSE INIGUEZ-DELGADO, ) | |
| ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Jose Iniguez-Delgado, Criminal Case No. 07CR3395-JM.

DATED: February 13, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney